UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET M. LAPORTE,

        Plaintiff,

v.                                              Case No. 1:15-cv-456
                                                Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## JUDGMENT

        In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

        **IT IS SO ORDERED.**

Dated:  September 26, 2016         /s/ Ray Kent
                                                            RAY KENT
                                                            United States Magistrate Judge